# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lavell Robinson,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Bob Daniel and Pridestaff,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00801-ART-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff Lavell Robinson's motion to proceed *in forma pauperis*. (ECF No. 9). 28 U.S.C. § 1915(a)(1) provides that the Court may authorize the "commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor…" However, Defendants have already paid the filing fee to remove this action to federal court. (ECF No. 1). Therefore, Plaintiff need not move to proceed *in forma pauperis* to prosecute this case and the Court denies the motion as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to proceed *in forma pauperis* (ECF Nos. 9) is **denied as moot.**

DATED: May 14, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE