UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Lavell Robinson, | Case No. 2:24-cv-00801-ART-DJA |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| Bob Daniel; Pridestaff; et al., | |
| Defendants. | |

Before the Court is Defendants' discovery plan. (ECF No. 14). Defendants explain that they met and conferred with Plaintiff—who is proceeding *pro se*—and emailed Plaintiff a copy of the discovery plan for his signature. But Plaintiff never provided his signature or consent for Defendants' to sign.

The discovery plan that Defendants propose is the standard 180-day discovery plan provided by Nevada Local Rule 26-1.[1] The Court recognizes that parties representing themselves can often feel hesitant to sign something proposed by the opposing party's counsel. However, discovery plans agreed to by both parties are standard in federal cases.

The Court thus grants Defendants' proposed discovery plan even though Plaintiff has not agreed to it for three reasons. First, Defendants propose the standard 180-day plan outlined by the Local Rules. Second, if Plaintiff wishes to change or extend the deadlines in the plan, he may later move for the appropriate relief. Third, discovery plans are required to move cases forward in federal court and approving the instant plan will promote the just, speedy, and inexpensive determination of this action under Federal Rule of Civil Procedure 1.

---

[1] This refers to the Local Rules for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS THEREFORE ORDERED** that Defendants' proposed discovery plan (ECF No. 14) is **granted.**  The following deadlines shall govern discovery:

| | |
|---|---|
| Amend pleadings/add parties: | August 1, 2024 |
| Expert disclosures: | August 30, 2024 |
| Rebuttal expert disclosures: | September 30, 2024 |
| Discovery cutoff: | October 29, 2024 |
| Dispositive motions: | December 2, 2024 |
| Pretrial order: | January 2, 2025 |

**IT IS FURTHER ORDERED** that the Clerk's Office is kindly directed to send a copy of this order to Plaintiff.

DATED: June 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE