Lori N. Brown, Esq.
Nevada Bar No. 8858
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
Email: lbrown@grsm.com

*Attorney for Defendants Bob Daniel and Pridestaff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Lavell Robinson,<br><br>                    Plaintiff,<br><br>vs.<br><br>Bob Daniel; Pridestaff; Entities I through X, inclusive,<br><br>                    Defendants. | CASE NO. 2:24-cv-00801<br><br>(State Court Case No. A-24-888752-C)<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff *Pro Se*, Lavell Robinson, and Defendants, Bob Daniel and Pridestaff, by and through undersigned counsel, hereby stipulate to dismiss this entire action with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 23rd day of August, 2024.

|   |   |
|---|---|
|   | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Lavell Robinson (with permission)*<br>LAVELL ROBINSON<br>370 E. Harmon Ave., #F316<br>Las Vegas, NV 89169<br>*Plaintiff Pro Se* | */s/ Lori N. Brown*<br>LORI N. BROWN, ESQ.<br>Nevada Bar No. 8858<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004<br>*Attorney for Defendants Bob Daniel and Pridestaff* |

## ORDER

**IT ORDERED** dismissing this entire action with prejudice, each party to bear their own costs and attorneys' fees. The Clerk of Court is instructed to close the case.

Dated this 26th day of August, 2024.

_____
Anne R. Traum, U.S. District Judge